UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARTER SIMMONS,

        Plaintiff,

v.        Case No. 11-CV-11106
        Honorable Denise Page Hood

UNIVERSITY OF MICHIGAN,

        Defendant.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date March 26, 2013, this cause of action is **DISMISSED**.  Accordingly, judgment is entered in favor of Defendant and against Plaintiff.

Dated at Detroit, Michigan this 26th day of March, 2013.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/LaShawn Saulsberry
APPROVED:        Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 26, 2013, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Case Manager